UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

UNITED STATES OF AMERICA

v.

MIGUEL BALMACEDA-VASQUEZ

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
(Rule 5 or 32.1, Fed. R. Crim. P.)

Case Number  06-153M

I, **MIGUEL BALMACEDA-VASQUEZ**, charged in a complaint pending in this District with **REENTRY AFTER DEPORTATION**, in violation of Title **8**, U.S.C., **1326(a)**, and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary hearing, do hereby waive (give up) my right to a preliminary hearing.

_Miguel Balmaceda V._
Defendant

_____
Counsel for Defendant

December 19, 2006



FILED
DEC 19 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE