IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 07-02 |
| MIGUEL BALMACEDA-VAZQUEZ, | : | |
| Defendant. | : | |

### INDICTMENT

**REDACTED**

The Grand Jury for the District of Delaware charges that:

### COUNT I

On or about December 19, 2006, in the District of Delaware, Miguel Balmaceda-Vazquez, the defendant, an alien and subject of Mexico who had been arrested and deported from the United States on May 11, 2004, was found in the United States, and the defendant was knowingly in the United States unlawfully, and prior to the defendant's re-embarkation at a place outside the United States, neither the Attorney General nor the Undersecretary for Border and Transportation Security, Department of Homeland Security, had expressly consented to the defendant's re-application for admission, all in violation of Title 8, United States Code, Sections 1326(a) and (b)(1).

A TRUE BILL:

Foreperson

COLM F. CONNOLLY
United States Attorney

BY: /s/ Beth Moskow-Schnoll
Beth Moskow-Schnoll
Assistant United States Attorney

Dated: January 9, 2007

FILED
JAN 9 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE