UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | |
| ) | |
| Plaintiff,   ) | |
| ) | CASE NO. CR07-02 |
| vs.   ) | |
| ) | |
| MIGUEL BALMACEDA-VASQUEZ   ) | |
| ) | |
| Defendant.   ) | |

**O R D E R**

The defendant, upon entering a plea of not guilty to the Indictment on January 18, 2007 requested, through counsel, additional time to file pretrial motions. The Court having considered the request, it is **ORDERED** that the deadline for the defendant to file pretrial motions is extended until February 23, 2007. The time between the date of this order and February 23, 2007 shall be excludable under the Speedy Trial Act ( 18 U.S.C.3161,et seq.).

    Honorable Mary Pat Thynge
    U.S. Magistrate Judge

cc: Defense Counsel
    United States Attorney



FILED
JAN 18 2007